**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Scott Lindberg v. Scott Callahan

Appellate case number:   01-19-00559-CV

Trial court case number: 19-DCV-262220

Trial court:             458th District Court of Fort Bend County

       This is an accelerated appeal from the trial court's order, signed July 19, 2019, sealing certain trial court documents. Appellee filed in this Court a motion to seal the appellate record and briefs. Observing that no authority permits an appellate court to seal trial court documents, this Court issued an order in October abating the appeal and remanding for the trial court to consider whether to seal any additional trial court documents. If the trial court issued an order sealing additional documents, the court was directed to see that a supplemental clerk's record was filed in this Court containing the sealing order.

       At appellant's request, this Court subsequently issued an order, clarifying that the trial court was not directed to reconsider its previous sealing order, but was ordered to consider additional documents that appellee argued should be sealed. In this order, the reporter's record, appellee's motion to seal, and appellant's brief were also ordered sealed because they contained or discussed the content of an order already sealed by the trial court. The Court further ordered that appellee's brief, when filed, would also be filed under seal.

       Although a supplemental clerk's record was filed in January 2020, it contained no trial court order sealing any additional trial court documents. At appellant's urging, this Court extended until February 25, 2020 the deadline for the trial court to consider sealing additional documents. On February 27, 2020, appellant filed a motion to reinstate, and appellee has not filed a response to that motion. To this Court's knowledge, the trial court has not issued any additional orders sealing documents, and because the trial court has had more than four months to rule, the failure to rule indicates that no ruling will occur.

       Accordingly, the Court **grants** appellant's motion to reinstate and reinstates this appeal on the active docket. Appellee's brief, to be filed under seal, is due **within 30 days of the date of this order**.

       It is so ORDERED.

Judge's signature:     Justice Richard Hightower        

          ☑ Acting individually    ☐ Acting for the Court

Date:   March 17, 2020